UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LEON MARK JEWETT,

    Defendant,
_____/

Case No.: 2:25-CR-00042-SPC-NPM

| | | | |
|---|---|---|---|
| **Judge:** | Nicholas P. Mizell | **Counsel for Government** | Yolande Viacava |
| **Deputy Clerk:** | Wendy Winkel | **Counsel for Defendant:** | Yvette Gray |
| **Court Reporter** | Digital | **Pretrial/ Probation** | Nicholas Rice |
| **Date/Time** | 3/6/2025 at 3:30 | **Interpreter** | |
| **Bench Time** | 3:30 – 3:50  20 minutes | | |

## Initial Appearance

Court advised Defendant of rights. Federal Public Defender appointed based on financial affidavit. Government summarized allegations and penalties. Oral DPPA order.

## Arraignment

Defendant provided copy of the indictment and pleaded not guilty. Court advises of trial date and upcoming status conference. Scheduling Order will issue.

**<u>Detention</u>**

Government is not seeking detention and requests release with conditions. No opposition from the defense. Court releases defendant on bond with conditions.