AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:25-cr- 42-SPC-NPM |
| Leon Mark Jewett | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant_ | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   Leon Mark Jewett                                      ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession of Child Pornography, in violation of Title 18 U.S.C. § 2252(a)(4)(B) and (b)(2)

Date:  3/5/2025

_____
_Issuing officer's signature_

City and state:   Fort Myers, Florida

Elizabeth Warren, United States District Court Clerk
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_  3|6|25 , and the person was arrested on _(date)_  3|6|25 at _(city and state)_  Ft. Myers, FL . |
| Date:  3|6|25                         _____ _Arresting officer's signature_  TFO Cecil Fitch Jr _Printed name and title_ |