UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                CASE NO.: 2:25-cr-42-SPC-NPM

LEON MARK JEWETT

_____

### PRELIMINARY ORDER OF FOREFEITURE

Before the Court is the United States' Motion for Preliminary Order of Forfeiture. (Doc. 49). Now that Defendant has been adjudicated guilty, the Government seeks a preliminary order forfeiting an HP Envy X360 Laptop, Model No. 15-ES0023DX, Serial No. 8CG1303JT7 and an HP Pavilion Laptop, Model No. 15-CC060WM, Serial No. 5CD73600DW. *See* 18 U.S.C. § 2253; Fed. R. Crim. P. 32.2(b)(2).

In so moving, the Government has connected the above assets to the crime of conviction. The Court thus finds the United States is entitled to possession of the assets.

Accordingly, it is

**ORDERED**:

The United States' Motion for Preliminary Order of Forfeiture (Doc. 49) is **GRANTED**.

1.     The assets are **FORFEITED** to the United States for disposition according to law and subject to 18 U.S.C. § 2253 and Rule

32.2(b)(2).

2. This Order will become a final order of forfeiture as to Defendant at sentencing.

3. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the assets.

**DONE and ORDERED** in Fort Myers, Florida on November 18, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record