UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 2:25-cr-42-SPC-NPM

LEON MARK JEWETT

_____/

## FINAL ORDER OF FORFEITURE

Before the Court is the United States' Motion for a Final Order of Forfeiture. (Doc. 56).  The Government seeks to have forfeited an **HP Envy X360 Laptop, Model No. 15-ES0023DX, Serial No. 8CG1303JT7, and an HP Pavilion Laptop, Model No. 15-CC060WM, Serial No. 5CD73600DW** ("**Assets**"), which were subject to the Court's November 18, 2025 Preliminary Order of Forfeiture. (Doc. 50).  Although the Government gave proper notice, no third party has petitioned for the Assets, and the time to do so has expired.  The Court thus will forfeit all right, title, and interest in the Assets to the Government. *See* 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 56) is

**GRANTED**.

1.     Defendant's interest in the HP Envy X360 Laptop, Model No. 15-ES0023DX, Serial No. 8CG1303JT7, and an HP Pavilion Laptop, Model No. 15-CC060WM, Serial No. 5CD73600DW are **CONDEMNED** and **FORFEITED** to the United States for disposition according to law and subject to 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2).

2.     Clear title to the Assets is now **VESTED** in the United States.

**DONE and ORDERED** in Fort Myers, Florida, on February 23, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

2